# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**CHAPTER 13 PROCEEDING**

**LESLIE ANN BATSCHKE**
         **CASE NUMBER:  13-21307**
         **HONORABLE DANIEL S. OPPERMAN**

   **Debtor**

_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

  NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor's Chapter 13 Plan as follows:

  (1) The debtor has failed to file her 2012 Federal income tax returns, per the amended proof of claim filed by the Internal Revenue Service on June 28, 2013, as required by 11 U.S.C. §1308.

  WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: July 1, 2013

        /s/Thomas W. McDonald, Jr.
        Thomas W. McDonald, Jr. (P32464)
        Chapter 13 Trustee
        3144 Davenport Avenue
        Saginaw, Michigan 48602
        Telephone:  (989) 792-6766
        ecf@mcdonald13.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

In the Matter of:

                                       **CHAPTER 13 PROCEEDING**

**LESLIE ANN BATSCHKE**           **CASE NUMBER: 13-21307**

                                         **HONORABLE DANIEL S. OPPERMAN**

        **Debtor.**
_____/

**CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION**

       I, the undersigned, do hereby certify that on July 1, 2013, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

Email: mchurch@mcreinert.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Leslie Ann Batschke
5249 Queen Annes Lane
Bay City, Michigan 48706

                                    /s/JJ Wooten_____
                                    JJ Wooten
                                    Office of Thomas W. McDonald, Jr.
                                    Chapter 13 Trustee
                                    3144 Davenport Avenue
                                    Saginaw, Michigan 48602
                                    Telephone: (989) 792-6766
                                    ecf@mcdonald13.org