**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In Re:
**LESLIE ANN BATSCHKE**
_____ Debtors/

Case No.      **13-21307**
Chapter 13 Bankruptcy
Honorable Daniel S. Opperman

## ORDER PARTIALLY ALLOWING THE PROOF OF CLAIM FILED BY THE MICHIGAN DEPARTMENT OF TREASURY [CLAIM NO. 14-1]

THE DEBTOR having filed an objection to the Proof of Claim filed by the Michigan Department of Treasury and designated on the Court's Claims Register as Claim No. 14-1 and the necessary parties having been served with the objection as is evidenced by the Certificate of Service on file with the Court and no timely response having been filed by the Michigan Department of Treasury, or if a response has been timely filed, the objection has been sustained by the Court after a hearing on the matter; THEREFORE,

IT IS ORDERED that the Michigan Department of Treasury Proof of Claim No. 14-1 is disallowed as filed and is hereby allowed as a secured claim in the amount of $10,748.31, a priority claim in the amount of $11,132.51 and a general unsecured claim in the amount of $8,811.84.

EXHIBIT "1"