UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: LESLIE ANN BATSCHKE  Chapter 13
Hardison Hills, #135  Case No. 13-21307
1101 Downs Boulevard  Hon. Daniel S. Opperman
Franklin, TN 37064
SSN: XXX-XX-1705
_____/

## Response of the State of Michigan, Department of Treasury to the Debtor's Objection to its Claim No. 14-1

The State of Michigan Department of Treasury (Treasury) through its attorneys Bill Schuette, Attorney General, and Moe Freedman, Assistant Attorney General responds to the Debtors Objection as follows:

1. The Debtor filed a petition for bankruptcy under chapter 13 of the bankruptcy code on May, 9 2013.

2. On October 3, 2013 Treasury filed a claim for unpaid taxes that included a secured tax claim in the amount of $29,628.40, a priority tax claim in the amount of $1,618.43, and an unsecured claim in the amount of $53.55.

3. The Debtor claims that the assets to which the secured claim attaches total $10,748.31 and that Treasury should only be allowed a secured claim for this amount and an unsecured claim for remainder.

4. Treasury will investigate the debtor's claims and amend its claims if necessary.

Based on the response to debtor's objection, the State of Michigan, Department of Treasury respectfully requests this Honorable Court to deny Debtor's objection

                              Respectfully submitted,

                              Bill Schuette
                              Attorney General

                              s/ Moe Freedman
                              Moe Freedman (P74224)
                              Assistant Attorney General
                              Cadillac Place
                              3030 W. Grand Blvd., Suite 10-200
                              Detroit, MI 48202
                              Phone: (313) 456-0140